

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| CRYSTAL HENDREN, | § | No. 08-21-00141-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| GABRIEL LAZAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV3449) |
|  | § |  |

## **O R D E R**

Appellant Crystal Hendren has filed an appeal of the trial court order denying plaintiff's motion to suspend judgment pending interlocutory appeal. See Tex.R.App.P. 24.4. The order indicates that a record of the hearing was taken by court reporter Patricia Madrid. The reporter's record for this hearing will be necessary to resolve the appeal of the trial court's supersedeas order.

Therefore, the Court on its own motion ORDERS that the clerk's record and the transcript of this hearing be filed with this Court by Friday, August 27, 2021. The District Clerk and Court Reporter responsible for compiling this record are admonished to contact the Court in the event an extension is required.

IT IS SO ORDERED this 23rd day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.